# EXHIBIT 2

# EXHIBIT 2

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| BARBARA JUN, an individual, | No. |
| Plaintiff, | |
| vs. | SUMMONS (20 days) |
| REDDIT, INC., a Delaware corporation, | |
| Defendant. | |

**TO:   REDDIT, INC.**

A lawsuit has been started against you in the above-entitled Court by Plaintiff Barbara Jun ("Plaintiff"). Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serve a copy upon the undersigned attorneys for the Plaintiff within twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what she asked for because you have not responded. If you serve a Notice of Appearance on the undersigned attorneys, you are entitled to notice before a default judgment may be entered.

1  You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the
2  demand must be in writing and must be served upon the person signing this summons.
3  Within fourteen (14) days after you serve the demand, Plaintiff must file this lawsuit with the
4  Court, or the service on you of the summons and Complaint will be void.

5  If you wish to seek the advice of an attorney in this matter, you should do so promptly
6  so that your written response, if any, may be served on time.

7  This summons is issued pursuant to Rule 4 of the Superior Court Rules of the State of
8  Washington.

9  DATED this 8th day of April, 2024.

MBE LAW GROUP PLLC

By: *s/ David C. Martin*
David C. Martin, WSBA No. 38325
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 400-7722
Fax: (206) 400-7742
Email: dmartin@mbelg.com
Attorneys for Plaintiff Barbara Jun