# EXHIBIT 4

# EXHIBIT 4

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| Barbara Jun | No. 24-2-07705-7  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| Reddit | |
| | (CICS) |

**CAUSE OF ACTION**

TTO - Tort /Other

**AREA OF DESIGNATION**

SEA — Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.