# EXHIBIT 5

# EXHIBIT 5

ØŠÖÖ
GGI ÁŒÚÄFF
SŒÕÁÔUWPVŸ
ÙWÚÒÜŒJÜÁÔUWÜVÁÔŠÒÜS

ÔŒÙÒÁWŒI ËËI ̈€Í Ḧ́ ÁÜÒŒ

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| **BARBARA JUN, AN INDIVIDUAL**<br>Plaintiff/Petitioner<br>vs.<br>**REDDIT, INC., A DELAWARE CORPORATION**<br>Defendant/Respondent | Cause No.:   **24-2-07705-7 SEA**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS (20 DAYS); COMPLAINT FOR DAMAGES;<br>ORDER SETTING CIVIL CASE SCHEDULE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **10th day of April, 2024** at **2:50 PM** at the address of **300 DESCHUTES WAY SW STE 208 MC-CSC1, Tumwater, Thurston County, WA 98501**; this declarant served the above described documents upon **Reddit, Inc.** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Cynthia Jones, I delivered the documents to Cynthia Jones who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs..** No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$88.51**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date: 04/10/2024

Kevin Nakai, Reg. # 17-02, Lewis County, WA

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: MBE Law Group
Ref #: Jun

Tracking #: 0129553651

